452 A.2d 1017

William J. SHEPPARD, Insurance Commissioner of the Commonwealth of Pennsylvania

v.

OLD HERITAGE MUTUAL INSURANCE COMPANY, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1982.

Decided Dec. 10, 1982.

Malcolm H. Waldron, Jr., Philadelphia, for appellant.

Albert J. Strohecker, III, Linda S. Kaiser, Asst. Attys. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Order affirmed. 51 Pa.Cmwlth. 490, 414 A.2d 1109.

LARSEN, J., dissents.